**E-FILED**
Tuesday, 23 November, 2004  11:27:50 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Crim. No. 04-10059 |
| | ) | |
| LEONARD BOHMS, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO CONTINUE

Now comes the Defendant LEONARD BOHMS by his attorney KARL W. BRYNING, and pursuant to Title 18 U.S.C. Section 3161(h)(8), moves this Court for the entry of an Order continuing the pretrial conference presently scheduled for November 24, 2004, and the trial, presently scheduled for December 13, 2004, to some future dates, and, in support thereof, states as follows:

1.      Defense counsel has been advised that additional discovery exists and is not currently available for review.

2.      Counsel requires additional time to confer with Defendant after review of all discovery in this case.

3.      Assistant United States Attorney Tom Keith was advised of this motion and indicated that he had no objection.

4.      In order to protect the defendant's Fifth and Sixth Amendment's rights to effective assistance of counsel, due process of law, and a fair trial, the ends of justice will be best served by continuing the pretrial conference and the jury trial to future dates.

1

WHEREFORE, defense counsel respectfully requests the entry of an Order continuing the pretrial conference jury trial dates in this cause.

LEONARD BOHMS, Defendant

s/ Karl W. Bryning

Karl W. Bryning
Assistant Federal Public Defender
Attorney for Defendant
401 Main Street, Suite 1500
Peoria, Illinois 61602
Phone: 309/671-7891
FAX: 309/671-7898
Email: karl_bryning@fd.org

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 23, 2004, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Mr. Thomas Keith, Assistant United States Attorney, One Technology Plaza, 211 Fulton Street, Suite 400, Peoria, Illinois 61602.

<u>s/ Karl W. Bryning</u>

Karl W. Bryning
Assistant Federal Public Defender
Attorney for Defendant
401 Main Street, Suite 1500
Peoria, Illinois 61602
Phone: 309/671-7891
FAX: 309/671-7898
Email: karl_bryning@fd.org