E-FILED
Thursday, 19 May, 2005  12:58:16 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| -vs- ) | No. 04-10059 |
| ) | |
| **LEONARD ALLEN BOHMS,** ) | |
| ) | |
| **Defendant.** ) | |

**PRELIMINARY ORDER OF FORFEITURE**

WHEREAS, on August 19, 2004, the defendant, LEONARD ALLEN BOHMS, was charged by Indictment with one count of Distribution of Child Pornography pursuant to 18 U.S.C. §2252A(a)(1) and one Count of Possession of Child Pornography pursuant to 18 U.S.C. §2252A(a)(5)(B); and

WHEREAS, in Count 3 of said Indictment, the United States sought the forfeiture of property of defendant, LEONARD ALLEN BOHMS, namely:

A.   Any visual depiction or other matter containing such visual depiction which was produced, transported, mailed, shipped, received or possessed as alleged in Counts 1 and 2 of this Indictment;

B.   Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offenses alleged in Counts 1 and 2 of this Indictment; and

C.   Any property, real or personal, used or intended to be used to commit or to promote the commission of the offenses alleged in Counts 1 and 2 of this Indictment, including, but not limited to computer hardware, such as

monitors, central processing units, keyboards, computer programs, software, computer storage devices, such as disk drive units, disks, tapes, hard disk drives/units, peripherals, modems and other telephonic and acoustical equipment, printers, contents of memory data contained in and through the aforementioned hardware and software, tools, equipment, manuals and documentation for the assembly and use of the aforementioned hardware and software, including but not limited to, the following:

a. One I-System computer CPU, serial number 010400001190;

b. Storage media to include: 30 compact discs (CDs), and 273 computer floppy discs, one USB storage drive and 26 video tapes;

c. Two Seagate hard drives, serial numbers cp201006 and xkh31495;

d. Three Fujitsu hard drives, serial numbers 05360905, 05359863 and 05358593; and

e. One Western Digital WD Caviar 36400 enhanced IDE hard drive, serial number wm4201212480.

The Indictment alleged that said property of the defendant is subject to forfeiture in that they either depict or contain depictions of minors engaging in sexually explicit conduct or are properties which were used or intended to be used to promote the commission of an offense involving the sexual exploitation of minors in violation of Title 18 U.S.C. §2252A(a)(5)( B) and pursuant to 18 U.S.C. §2253 are forfeited to the United States of America.

WHEREAS, on January 28, 2005, the defendant, LEONARD ALLEN BOHMS

entered a blind plea of guilty to Count 1 (Distribution of Child Pornography). The defendant, LEONARD ALLEN BOHMS, admitted the conduct which formed the basis of Count 3 (Forfeiture) of the Indictment and agreed that the properties listed in the Indictment were used and intended to be used to commit and promote the commission of the offense of Distribution of child pornography.

By virtue of said plea of guilty and defendant, LEONARD ALLEN BOHMS' stipulation to the facts alleged in Count 1 in the Indictment, the above-described properties are forfeited to the United States. The United States of America is now entitled to possession of said properties pursuant to 18 U.S.C. §2253(a) and Rule 32(b)(2) of the Federal Rules of Criminal Procedure.

Accordingly, it is hereby ordered, adjudged and decreed:

1.    Based upon the plea of guilty, defendant's admissions and stipulation of facts, and agreement that the properties sought to be forfeited were used and intended to be used to commit and promote the commission of the offense of distribution of child pornography, said properties are hereby forfeited to the United States of America and the United States Marshal is hereby authorized to seize said properties for disposition in accordance with law subject to the provisions of 18 U.S.C. § 2253.

2.    The above mentioned property is to be held by the United States Marshal's Service, Central District of Illinois, until further order of this court.

3.    Pursuant to 18 U.S.C. §2253(m)(1), the United States forthwith shall publish at least once a week for three successive weeks in a newspaper of general circulation, notice of this order, notice of the United States Marshal's intent to dispose of the property in such a manner as the Attorney General may direct and notice that any person, other

than the defendant, LEONARD ALLEN BOHMS, having or claiming a legal interest in any of the above listed properties, must file a petition with this court within thirty (30) days of the final publication of notice or receipt of actual notice, whichever is earlier.

This notice shall state that the petition is for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought.

The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the properties that are the subject of this Order, as a substitute for published notice as to those persons notified.

4.  Upon adjudication of all third-party interest, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. §2253(m)(7).

5.  All costs associated with this forfeiture are to be the full responsibility of the United States and shall not be assessed to any other law enforcement agency participating in the Equitable Sharing Program.

ENTER: May 19, 2005.

                                          s/Michael M. Mihm
                                      U.S. District Judge Michael M. Mihm