# Certificate of Publication

STATE OF ILLINOIS,
County of Peoria. } ss

The Peoria Journal Star, Inc. (which is incorporated and doing business under and by virtue of the Laws of the State of Illinois) HEREBY CERTIFIES that it is the printer and publisher of the Journal Star, which is a public secular newspaper of general circulation printed and published daily in the City of Peoria, County of Peoria and State of Illinois, and that said newspaper has been regularly published in said City for at least one (1) year prior to the first publication of the notice hereto attached.

Said Corporation further certifies that the said notice entitled:

"NOTICE OF FORFEITURE AND SEIZURE Notice is hereby given that on Ma" hereto attached has been published 3 time(s) in the Peoria Journal Star, on the following respective dates:

The ___8th___ day of ___June___ A.D., ___2005___
The ___15th___ day of ___June___ A.D., ___2005___
The ___22nd___ day of ___June___ A.D., ___2005___

IN WITNESS WHEREOF, the said Corporation has caused this Certificate to be signed in its name on its behalf by **Judy Little** this **22nd** day of **June A.D., 2005**.

The Peoria Journal Star, Inc.

By: _Judy Little_

---

**182  Legal Notices**

**Legal Notice**

**NOTICE OF FORFEITURE AND SEIZURE**

Notice is hereby given that on May 19, 2005, in the case of United States of America v. Leonard Allen Bohms, Criminal Number 04-10059, the United States District Court for the Central District of Illinois entered an Order forfeiting the following property to the United States of America and ordering the seizure of such property, by the United States Marshal, to-wit:

a. One I-system computer, 01d40001190;
b. Storage media to include, 30 compact discs (CDs) and 273 computer floppy discs, one USB storage drive and 26 video tapes;
c. Two Seagate hard drives, serial numbers cpc2q1006 and xth31495;
d. Three Fujitsu hard drives, serial numbers 0536070G, 0539963 and 0536593; and
e. One Western Digital WD Caviar 3640 enhanced IDE hard drive, serial number wm420121248d.

Notice is further given that the property was seized by the U.S. Marshals Service, by virtue of the order, the United States hereby gives notice of its intention to dispose of its forfeited property in such manner as the United States Attorney General may direct. Any person, other than the above-named defendant having or claiming a legal interest in this property must file a petition within thirty (30) days of the final publication of this notice or of receipt of actual notice, whichever is earlier, with the Clerk of the Court for the Central District of Illinois, located at 309 Federal Building, 100 N.E. Monroe, Peoria, Illinois 61602. A copy of the petition must also be served upon Esteban F. Sanchez, Assistant U.S. Attorney, Office of the United States Attorney, 318 South Sixth Street, Springfield, Illinois 62701. The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right/title or interest in the forfeited property, and additional facts supporting the petitioner's claim and the relief sought.

DATED: June 3, 2005
—JAN PAUL MILLER
UNITED STATES ATTORNEY
Esteban F. Sanchez
Assistant U.S. Attorney