E-FILED
Tuesday, 19 July, 2005  01:23:32 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | ) No. 04-10059 |
| | ) |
| LEONARD ALLEN BOHMS, | ) |
| | ) |
| Defendant. | ) |

## FINAL ORDER OF FORFEITURE

WHEREAS, on May 19, 2005, this Court entered an Order of Forfeiture and Seizure pursuant to the provisions of 18 U.S.C. §2253 based upon the defendant LEONARD ALLEN BOHMS' guilty plea and agreement to the forfeiture of certain property to the United States;

AND WHEREAS, on June 8, 15 and 22, 2005, the United States published in a newspaper of general circulation notice of this forfeiture and of the intent of the United States to dispose of the property in accordance with law and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property;

AND WHEREAS, this Court has been advised that no petitions or claims have been filed.

ACCORDINGLY, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

A.   All right, title and interest in the following property is forfeited to the United States:

      1.      One I-System computer CPU, serial number 010400001190;

      2.      Storage media to include: 30 compact discs (CDs), and 273 computer floppy discs, one USB storage drive and 26 video tapes;

      3.      Two Seagate hard drives, serial numbers cp201006 and xkh31495;

      4.      Three Fujitsu hard drives, serial numbers 05360905, 05359863 and 05358593; and

      5.      One Western Digital WD Caviar 36400 enhanced IDE hard drive, serial number wm4201212480.

B.      The United States Marshals Service, or its agents or representatives, is hereby authorized to dispose of said property in accordance with law.

C.      All costs associated with this forfeiture are the full responsibility of the United States and shall not be assessed to any other law enforcement agency participating in the Equitable Sharing Program.

ENTERED this 19th day of July, 2005.

                                                                                           s/Michael M. Mihm
                                                              U.S. District Judge Michael M. Mihm