

E-FILED
Tuesday, 06 September, 2005 02:02:18 PM
Clerk, U.S. District Court, ILCD

AUG 3 1 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

RETURN RECEIPT FOR PRE-SENTENCE REPORT, SENTENCING RECOMMENDATION, AND STATEMENT OF REASON(S)

Case Name: Leonard Bohms

Case Number: 04-10059

The appeal time having expired ~~and/or the appeal having been concluded~~, the original Sealed Pre-Sentence Report (document number __8__), Sentencing Recommendation (document number __9__) and Statement of Reason(s) Page (document number __12__) were returned to the U.S. Probation Office on __8/29/5__.

Received by:

s/ D Heuerman
U.S. Probation Office
Date: 8/31/05