E-FILED
Wednesday, 21 September, 2005 11:05:40 AM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> Plaintiff ) <br> ) <br> vs ) <br> ) <br> Leonard Allen Bohms ) <br> ) <br> Princeton, IL. ) <br> ) <br> Defendant ) | **WARRANT FOR ARREST** <br><br> CASE NO. 04-10059-001 <br><br> **FILED** <br> SEP 2 0 2005 <br> JOHN M. WATERS, Clerk <br> U.S. DISTRICT COURT <br> CENTRAL DISTRICT OF ILLINOIS |

TO:  THE U. S. MARSHAL and any
     AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest *Leonard Allen Bohms*, and bring him forthwith to the nearest magistrate judge to answer an Indictment charging him with distribution of child pornography in violation of 18:2252A(a)(1)-Count 1; and of possession of child pornography in violation of 18:2252A(a)(5)(B)-Count 2; and forfeiture in violation of 18:2253 as charged in Count 3.

s/ John M. Waters
**JOHN M. WATERS**    **CLERK U.S. DISTRICT COURT**
Name of Issuing Officer    Title of Issuing Officer

s/H. Kallister    8/19/04 at Peoria, IL.
Signature of Issuing Officer    Date and Location

**Bail fixed at $NO BOND by Chief Judge Joe B. McDade.**

### RETURN

This warrant was received and executed with the arrest of the above named defendant at Princeton, IL

| Date Received 8-23-04 | Name of Arresting Officer James Feehan | Signature of Arresting Officer |
| Date of Arrest 10-20-04 | Title of Arresting Officer FBI | [signature] |

US MARSHALS SERVICE
CENTRAL IL
RECEIVED
2004 AUG 24 P 5:28